# Simmons v. The State.

### Violating Prohibition Law.

(Decided May 18, 1916.   71 South. 979.)

Trial; Argument of Counsel.—The statement of a solicitor in argument, "You must deal with a negro in the light of the fact that he is a negro, etc.," was improper and calculated to prejudice the defendant before the jury.

[Mitchell v. The State.]

APPEAL from Conecuh Circuit Court.

Heard before Hon. A. E. GAMBLE.

George Simmons was convicted of violating the prohibition law, and he appeals. Reversed and remanded.

PAGE, McMILLAN & BROOKS, for appellant. W. L. MARTIN, Attorney General, and J. P. MUDD, Assistant Attorney General, for the State.

BROWN, J.—The statement of the solicitor, "You must deal with a negro in the light of the fact that he is a negro, and applying your experience and common sense," was improper and calculated to prejudice the defendant before the jury, and the defendant's objection thereto should have been sustained.— *James v. State*, 170 Ala. 72, 54 South. 494; *Tannehill v. State*, 159 Ala. 51, 48 South. 662. The fact that the defendant was of the negro race did not deprive him of the equal protection of the law, or necessarily discredit his testimony, and should not have been used in the argument as a means of arraying the prejudices of the jury against him.

For this error the judgment is reversed, and the cause remanded.

Reversed and remanded.